THE STATE EX REL. FILIPIAK ET AL., APPELLANTS, *v.* MIDVIEW LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE.

[Cite as *State ex rel. Filipiak v. Midview Local School Dist. Bd. of Edn.* (1994), 70 Ohio St.3d 1222.]

(No. 93–1813—Submitted September 13, 1994—Decided November 9, 1994.)

*Kalniz, Iorio & Feldstein Co., L.P.A., Ted Iorio, Christine A. Reardon* and *Ronald L. Rahal,* for appellants.

*Means, Bichimer, Burkholder & Baker Co., L.P.A.,* and *John C. Burkholder,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.